IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>SANDRA IVETTE CORTES TORRES<br><br><br>XXX-XX-0637<br><br><br><br>Debtor | CASE NO. 15-02973 MCF<br>Chapter 13<br><br><br><br><br>**FILED & ENTERED ON 6/22/2018** |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion requesting entry of order on non delivery of tax refunds, filed by Chapter 13 Trustee, docket #21.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted. Debtor shall comply within fourteen (14) days. Order due by 07/06/2018.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22 day of June, 2018.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge